UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND
ANNUITY FUNDS,

Index No.: 08-CIV-7395 (KMK)

                      Plaintiffs,

**VOLUNTARY NOTICE**
**OF DISMISSAL**

   -against-

NAVILLUS TILE, INC.,

                      Defendant.
-------------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: October 3, 2008
       Elmsford, New York

*[signature]*
Dana L. Henke, Esq. (DLH3025)
Attorney for Plaintiff
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515