UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TRUSTEES OF THE DISTRICT COUNCIL 9
PAINTING INDUSTRY INSURANCE AND        Index No.: 08-CIV-7395 (KMK)
ANNUITY FUNDS,

                    Plaintiffs,        **VOLUNTARY NOTICE**
                                    **OF DISMISSAL**

-against-

NAVILLUS TILE, INC.,

                    Defendant.
-----------------------------------------------------------------x

Please take notice that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) the plaintiffs by the undersigned attorney of record hereby voluntarily dismisses the above entitled action. Without Prejudice.

Dated: October 3, 2008
Elmsford, New York

                                          Dana L. Henke, Esq. (DLH3025)
                                          Attorney for Plaintiff
                                          258 Saw Mill River Road
                                          Elmsford, New York 10523
                                          (914) 592-1515

SO ORDERED
KENNETH M. KARAS U.S.D.J.
10/3/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____